UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:15-CR-62-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| LEIGH LANGLEY COBB, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 14 be sealed until such time as requested to be unsealed by Defense Counsel.

This the __4th__ day of February, 2016.

_____
Louise W. Flanagan
United States District Court Judge