UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:15-CR-62-FL

UNITED STATES OF AMERICA    )
    )
    )
    )        **ORDER MODIFYING**
vs.    )           **JUDGMENT**
    )
    )
LEIGH LANGLEY COBB,    )
        Defendant    )


IT IS HEREBY ORDERED that the judgment in the above referenced criminal case be modified from "five years supervised probation with the defendant serving 3 weeks of intermittent confinement every year for the first three years of probation for a total of 63 days as directed by her probation officer", to the following:

The defendant will serve three weeks of intermittent confinement in the year 2016 and the remaining six weeks can be served as home detention during the summer of 2017.


SO ORDERED this ___31st___ day of _____March_____, 2016



_____
Louise W. Flanagan
United States District Court Judge