IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-62-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | **ORDER GRANTING SANOFI FOUNDATION FOR NORTH AMERICA'S MOTION IN THE CAUSE TO DESIGNATE ALTERNATE PAYEE OF RESTITUTION** |
| LEIGH LANGLEY COBB, | |
| *Defendant*. | |

Upon consideration of Sanofi Foundation for North America's Motion in the Cause to Designate an Alternate Payee of Restitution, it is HEREBY ORDERED that the Motion is GRANTED. Sanofi Foundation for North America is hereby replaced with LEGAL AID OF NORTH CAROLINA as payee of all restitution ordered to be paid by Defendant to Sanofi Foundation for North America going forward.

This Order does not alter or affect Pfizer, Inc., the amount of restitution ordered to be paid to payee Pfizer, Inc., nor any other term of the criminal judgement entered against Defendant.

This the 22nd day of January, 2018.

_____
The Honorable Louise W. Flanagan
United States District Judge