# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

      v.      Crim. No. 4:15-CR-62-1FL

**LEIGH LANGLEY COBB**

  On February 9, 2016, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

        I declare under penalty of perjury that the foregoing is true and correct.

        /s/ Van R. Freeman, Jr.  
        Van R. Freeman, Jr.  
        Deputy Chief U.S. Probation Officer  
        150 Rowan Street Suite 110  
        Fayetteville, NC 28301  
        Phone: 910-354-2542  
        Executed On: February 6, 2020

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __February__, 2020.

        Louise W. Flanagan  
        U.S. District Judge